JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUGO RICO, | CASE NO.: 2:19-cv-00635-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through V, inclusive; and ROE COROPRATIONS I through V, inclusive, | ECF No. 21 |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff, HUGO RICO, by and through his counsel of record, BOYACK ORME & ANTHONY, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that the above-entitled case be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 15 day of April 2020.          DATED this 30th day of April 2020.

BOYACK ORME & ANTHONY                      HARPER | SELIM

_____                  _____
EDWARD D. BOYACK                           JAMES E. HARPER
Nevada Bar No. 5229                        Nevada Bar No. 9822
7432 W. Sahara Avenue, Suite 101           SABRINA G. WIBICKI
Las Vegas, Nevada 89117                    Nevada Bar No. 10669
*Attorneys for Plaintiff*                  1707 Village Center Circle, Suite 140
                                           Las Vegas, Nevada 89134
                                           *Attorney for Defendant*

1

**ORDER**

Based on the parties' stipulation (ECF No. 21) and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The Clerk of Court is directed to CLOSE THIS CASE.

DATED May 6, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

2